Date: 01/04/10　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 07-12899 - FLONNOY, HENRY L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| T-MOBILE USA INC<br>PO BOX 53410<br>BELLEVUE WA  98015-3410<br>　9363 | 000006 | 67.60 | 4.44 |
| ---------- Remittance Total ---------- | | 67.60 | 4.44 |

*# ju 9611*

BRIAN A. BASH, TRUSTEE

Printed: 01/04/10 09:31 AM　　Ver: 15.02